**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,          Case No. 09-cv-13981
vs.                                 Hon. Gerald E. Rosen
                                             Mag. Mona K. Majzoub
VENUS BOWIE,

                Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING DEFENDANT'S REQUESTS
FOR HEARING ON PLAINTIFF'S WRITS OF GARNISHMENT**

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on         March 31, 2010

                PRESENT:  Honorable Gerald E. Rosen
                                  Chief Judge, United States District Court

This matter having come before the Court on the March 5, 2010 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court deny Defendant's Requests for hearing on Plaintiff's Writs of Continuing Garnishment (Dkt. # 13-15) should be DENIED; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Motion should be denied; and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of March 15, 2010 **[Dkt. # 22]** be, and hereby is, adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendant Venus Bowie's Request for Hearing on Plaintiff's Writ of Garnishment **[Dkt. # 13]** is DENIED.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendant Venus Bowie's Request for Hearing on Plaintiff's Writ of Garnishment **[Dkt. # 14]** is DENIED.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendant Venus Bowie's Request for Hearing on Plaintiff's Writ of Garnishment, submitted in the form of a letter to the Court **[Dkt. # 15]** is DENIED.

SO ORDERED.

s/Gerald E. Rosen
Gerald E. Rosen
Chief Judge, United States District Court

Dated: March 31, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 31, 2010, by electronic mail and upon Venus R. Bowie, 937 Williamsbury, Apt. 330, Waterford, MI 48328 by ordinary mail.

s/Ruth A.Gunther
Case Manager
(313) 234-5137